# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

133190

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SUSAN GROSSMAN,
      Plaintiff-Appellee,

and

FIRST UNION NATIONAL BANK,
      Intervening Plaintiff,

v

ARNETHA P. WELLS, ARTHUR
LISS, ESQUIRE, MARY WALKER,
AMERICAN INSURANCE
COMPANY, and MITCHELL
GROSSMAN,
      Defendants,

and

LISS & ASSOCIATES, P.C.,
      Defendant-Appellant.

_____/

SC: 133190
COA: 263634
Oakland CC: 1999-016225-NI

On order of the Court, the application for leave to appeal the January 11, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

l0416